**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 00-7647**

───────────

DONNIE EDWARD MAY,

                              Plaintiff - Appellant,

        versus

MACK JARVIS, Secretary of Correction; ATTORNEY
GENERAL OF NORTH CAROLINA,

                              Defendants - Appellees.

───────────

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Graham C. Mullen, Chief
District Judge.  (CA-97-218-3-2-MU)

───────────

Submitted:  August 31, 2001        Decided:  September 14, 2001

───────────

Before WIDENER, LUTTIG, and MOTZ, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Donnie May, Appellant Pro Se.  Clarence Joe DelForge, III, OFFICE
OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina,
for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Donnie May seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  May v. Jarvis, No. CA-97-218-3-2-MU (W.D.N.C. filed Oct. 10, 2000; entered Oct. 13, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED